NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM SHEPPARD,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2021-1928

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 19-4776, Chief Judge Margaret C. Bartley, Judge Joseph L. Falvey, Jr., Judge Michael P. Allen.

---

Decided: May 6, 2022

---

MEGAN EILEEN HOFFMAN, Veterans Legal Advocacy Group, Arlington, VA, argued for claimant-appellant. Also represented by HAROLD HAMILTON HOFFMAN, III; BENJAMIN BINDER, Tampa, FL; JENIFER LOHNES, Lohnes Law PLLC, Charlottesville, VA.

LIRIDONA SINANI, Commercial Litigation Branch, Civil Division, United States Department of Justice,

Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR., ELIZABETH MARIE HOSFORD; JONATHAN KRISCH, Y. KEN LEE, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

———————————

Before DYK, REYNA, and HUGHES, *Circuit Judges.*

HUGHES, *Circuit Judge.*

William Sheppard argues that the Court of Appeals for Veterans Claims misinterpreted 38 C.F.R. § 20.101(d) (2018) (since amended and renumbered to 38 C.F.R. § 20.104(c)). We dismiss for lack of jurisdiction because the Veterans Court determined in the alternative that any error is harmless, and we do not have jurisdiction to review the Veterans Court's harmless-error determination. *Conway v. Principi*, 353 F.3d 1369, 1375 (Fed. Cir. 2004); 38 U.S.C. § 7292(d)(2).

**DISMISSED**

No costs.